## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-02889-WYD-KMT | FTR C201 |
| **Date:** May 06, 2010 | Nel Steffens, Deputy Clerk |
| ANDREW L. McCARGO, | Donna E. Dell'Olio |
| Plaintiff, | |
| v. | |
| TEXAS ROADHOUSE, INC., | Sonja S. McKenzie |
| | Courtney B. Kramer |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:04 a.m.**

Court calls case. Appearances of counsel.

Defendant's [24] Motion for Protective Order, filed March 16, 2010, and [27] Plaintiff's Motion to Compel Production of Video Recordings, filed April 6, 2010, at issue.

Argument by Ms. McKenzie.

Argument by Ms. Dell'Olio.

Reply by Ms. McKenzie.

Court's findings and conclusions.

**ORDERED:** The defendant's [24] MOTION for Protective Order filed March 16, 2010, is **DENIED.**

**ORDERED:** The [27] Plaintiff's MOTION to Compel Production of Video Recordings filed April 6, 2010, is **GRANTED**.

**Court in recess: 9:35 a.m.**
Total in-court time: 00:31; hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.