## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-02889-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** July 12, 2010 | Courtroom Deputy: Valeri P. Barnes |
| ANDREW L. McCARGO, | Donna Dell'Olio |
| Plaintiff, | |
| v. | |
| TEXAS ROADHOUSE, INC. a Delaware corporation, | Sonja McKenzie |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: Motion**

**4:15 p.m.** **Court in session**.

Parties appear telephonically.

Court's comments.

Statement by counsel.

**ORDERED:** TXRH'S Motion for Protective Order Related to Depositions of Current and Former TXRH Employees **(62)** is **denied in part and granted in part** consistent with the record made.

**4:35 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:20

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.