**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-02889-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** March 15, 2011 | Deputy Clerk, Emily Seamon |
| | |
| ANDREW L. McCARGO, | Donna E. Dell'Olio |
|     Plaintiff, | |
| v. | |
| TEXAS ROADHOUSE, INC., a Delaware corporation, | Courtney B. Kramer<br>Sonja S. McKenzie |
|     Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session:   10:02 a.m.**
Court calls case.  Appearances of counsel.

Opening remarks by the Court.

Argument presented by Ms. Dell'Olio on behalf of Plaintiff.

Argument presented by Ms. McKenzie on behalf of Defendant.

Defendant's trial exhibits 3 and 22 are tendered to the Court by Plaintiff and attached to these minutes.

It is **ORDERED**:   Plaintiff's Motion for Sanctions due to the Spoliation of Video Recordings [Doc. # 146 filed February 3, 2011] is **GRANTED**.  The Court takes under advisement what sanctions are warranted.

**Court in Recess:   10:56 a.m.**
Hearing concluded.
Total In-Court Time     00:54

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.