IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02889-WYD-KMT

ANDREW L. McCARGO,

      Plaintiff,

v.

TEXAS ROADHOUSE, INC., a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Order Expediting Trial (ECF No. 169), filed May 19, 2011, is **DENIED.**  The trial in this matter is set as expeditiously as the Court's congested calendar will allow.

      Dated:  May 19, 2011.